Shafferman & Feldman LLP
137 Fifth Avenue, 9th Floor
New York, New York 10010

Stage Presence Incorporated

Page: 1
09/24/2015

## Fees

| Date | Atty | Task | Act | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|
| 02/09/2012 | JMS | B110 | A103 | Prepare petition and schedules. | 325.00 | 2.00 | 650.00 |
|  | JMS | B160 | A103 | Prepare retention application for Shafferman & Feldman | 325.00 | 0.50 | 162.50 |
| 03/11/2012 | JMS | B190 | A103 | Prepare compliant seeking injunctive relief staying federal court action. | 325.00 | 2.00 | 650.00 |
| 03/15/2012 | JMS | B110 | A109 | Appear for/attend Initial Client Inteview wth Office of US Trustee. | 325.00 | 1.40 | 455.00 |
| 03/21/2012 | JMS | B110 | A109 | Attend initial case conference before Judge Gropper. | 325.00 | 1.50 | 487.50 |
| 03/26/2012 | JMS | B110 | A101 | Prepare email to Office of US Trustee providing additional documents requested at ICI. | 325.00 | 0.30 | 97.50 |
|  | JMS | B110 | A101 | Plan and prepare for filing of operating report for Feb, 12 | 325.00 | 0.20 | 65.00 |
| 03/27/2012 | JMS | B110 | A109 | Appear for/attend 341 meeting. | 325.00 | 0.60 | 195.00 |
| 04/30/2012 | JMS | B190 | A103 | Prepare notice of adjournment of initial case conference. | 325.00 | 0.30 | 97.50 |
| 05/04/2012 | JMS | B190 | A103 | Prepare and file certificate of service of summons and complaint | 325.00 | 0.30 | 97.50 |
|  | JMS | B190 | A103 | Prepare transmittal letter to Judge Gropper sending him copy of summons and complaint. | 325.00 | 0.20 | 65.00 |
| 05/13/2012 | JMS | B160 | A103 | Prepare affidavit for David Wims | 325.00 | 0.30 | 97.50 |
| 08/04/2012 | JMS | B190 | A104 | Review pleadings in connection with adversary proceeding and motion to dismiss and response. | 325.00 | 1.00 | 325.00 |
| 08/06/2012 | JMS | B190 | A109 | Appear at Status Conference and hearing on motion to dismiss adversary proceeding. | 325.00 | 2.00 | 650.00 |
| 09/12/2012 | JMS | B110 | A103 | Prepare amended March and April Operating Report for filing and prepare transmittal letter to US Trustee | 325.00 | 0.40 | 130.00 |
|  | JMS | B190 | A103 | Prepare email to D. Wimms and client reminding them of scheduling on adversary proceeding. | 325.00 | 0.20 | 65.00 |
| 09/20/2012 | JMS | B190 | A104 | Review amended complaint and provide email comments |  |  |  |

|            |     |      |      |                                                                                                  | Rate   | Hours |         |
|------------|-----|------|------|--------------------------------------------------------------------------------------------------|--------|-------|---------|
|            |     |      |      | to David.                                                                                        | 325.00 | 1.00  | 325.00  |
| 11/09/2012 | JMS | B110 | A101 | Plan and prepare for filing of October Operating Rept                                            | 325.00 | 0.20  | 65.00   |
| 11/28/2012 | JMS | B320 | A103 | Prepare plan.                                                                                    | 325.00 | 1.00  | 325.00  |
| 11/29/2012 | JMS | B320 | A103 | Prepare plan.                                                                                    | 325.00 | 2.00  | 650.00  |
|            | JMS | B320 | A103 | Prepare Disclosure Statement.                                                                    | 325.00 | 4.00  | 1,300.00 |
| 12/12/2012 | JMS | B110 | A103 | Prepare motion for deadline to file proofs of claims.                                            | 325.00 | 1.00  | 325.00  |
| 12/13/2012 | JMS | B110 | A106 | Telephone call to Allen re: status and hearing tomorrow.                                         | 325.00 | 0.30  | 97.50   |
| 12/24/2012 | JMS | B110 | A101 | Arrange for service of motion for extension of deadline to confirm small business plan           | 325.00 | 0.60  | 195.00  |
|            | JMS | B310 | A101 | Plan and prepare for service of notice of deadline to file proofs of claim.                      | 325.00 | 0.70  | 227.50  |
| 01/15/2013 | JMS | B110 | A109 | Appear for/attend hearing in connection wth motion to extend time to confirm plan.               | 325.00 | 0.70  | 227.50  |
|            | JMS | B110 | A109 | Email to client to advise about upcoming opinion on motion to dismiss.                           | 325.00 | 0.20  | 65.00   |
| 01/17/2013 | JMS | B190 | A104 | Review/analyze opinion by Judge Gropper.                                                         | 325.00 | 0.30  | 97.50   |
| 03/14/2013 | JMS | B190 | A109 | Appear for/attend hearing in connection with motion of defendants' counsel to withdraw.          | 325.00 | 1.40  | 455.00  |
| 03/18/2013 | JMS | B190 | A103 | Review proposed order withdrawing counsel for defendants and prepared counter order.             | 325.00 | 0.40  | 130.00  |
| 04/13/2013 | JMS | B300 | A103 | Prepare motion for further extension of time to confirm plan.                                    | 325.00 | 2.00  | 650.00  |
| 04/19/2013 | JMS | B190 | A106 | Telephone call to client re: possible settlement.                                                | 325.00 | 0.20  | 65.00   |
| 05/01/2013 | JMS | B110 | A109 | Appear for/attend hearing in connection with motion to extend time to confirm plan.              | 325.00 | 1.50  | 487.50  |
|            | JMS | B110 | A103 | Prepare order extending time to confirm small business plan and email to chambers.               | 325.00 | 0.60  | 195.00  |
| 05/10/2013 | JMS | B190 | A104 | Review and revise motion for default judgment                                                    | 325.00 | 0.50  | 162.50  |
| 06/17/2013 | JMS | B190 | A107 | Conference Call with Allen and David to discuss status and arbitration of adversary proceeding claims. | 325.00 | 0.20  | 65.00   |
| 06/25/2013 | JMS | B110 | A109 | Appear for/attend status conference.                                                             | 325.00 | 1.50  | 487.50  |
| 06/27/2013 | JMS | B190 | A103 | Telephone call to Allen re: status of arbitration and hearing held before Judge Gropper.         | 325.00 | 0.20  | 65.00   |
| 07/24/2013 | JMS | B190 | A107 | Conference Call with David Wims and client to discuss arbitration.                               | 325.00 | 0.30  | 97.50   |

| Date | Tkpr | Task | Act | Description | Rate | Hours | Amount |
|---|---|---|---|---|---:|---:|---:|
| 08/12/2013 | JMS | B110 | A108 | Prepare email to Judge Gropper's Chambers on submission of Order Extending Time to Confirm Plan. | 325.00 | 0.20 | 65.00 |
| 08/21/2013 | JMS | B110 | A103 | Email to Allen re US Trustee fees. | 325.00 | 0.20 | 65.00 |
| 09/11/2013 | JMS | B110 | A103 | Email to Allen Re: July operating reports. | 325.00 | 0.20 | 65.00 |
| 09/13/2013 | JMS | B110 | A101 | Plan and prepare for filing of operating report and email to Paul. | 325.00 | 0.20 | 65.00 |
| 09/26/2013 | JMS | B110 | A103 | REview deicision issued by district court | 325.00 | | |
| | JMS | B110 | A103 | Draft/revise | 325.00 | 0.30 | 97.50 |
| 10/10/2013 | JMS | B110 | A103 | Prepare email to Paul Schwartzberg re: quarterly fees and operating reports. | 325.00 | 0.20 | 65.00 |
| 11/07/2013 | JMS | B110 | A101 | Plan and prepare for filing of operating reports. | 325.00 | 0.30 | 97.50 |
| 11/08/2013 | JMS | B190 | A103 | Prepare email to David Wims re: adversary status | 325.00 | 0.20 | 65.00 |
| 11/15/2013 | JMS | B110 | A103 | Prepare motion for further extension of time to confirm plan. | 325.00 | 2.50 | 812.50 |
| 11/16/2013 | JMS | B110 | A103 | File motion for extension to confirm plan. | 325.00 | 0.30 | 97.50 |
| 11/19/2013 | JMS | B110 | A103 | Prepare letter to court. | 325.00 | 0.50 | 162.50 |
| | JMS | B110 | A106 | Telephone call to Allen re: letters from Kerry. | 325.00 | 0.20 | 65.00 |
| | JMS | B110 | A103 | Prepare email to David and Allen re: letter from Kerry. | 325.00 | 0.20 | 65.00 |
| | JMS | B110 | A104 | Review email from Kerry Connolly re: status | 325.00 | 0.20 | 65.00 |
| 11/22/2013 | JMS | B110 | A101 | Plan and prepare for filing operating reports | 325.00 | 0.30 | 97.50 |
| 11/23/2013 | JMS | B110 | A104 | Review email from Kerry to David | 325.00 | 0.20 | 65.00 |
| 11/25/2013 | JMS | B110 | A104 | Review letter from David Wims to Kerry Connolly. | 325.00 | 0.30 | 97.50 |
| 12/02/2013 | JMS | B110 | A101 | Review of email from Allen | 325.00 | 0.20 | 65.00 |
| 12/04/2013 | JMS | B110 | A106 | Email to Allen to remind him to pay US Trustee quarterly fees. | 325.00 | 0.20 | 65.00 |
| | JMS | B110 | A104 | Email to Allen re: outstanding quarterly fees. | 325.00 | 0.10 | 32.50 |
| 12/05/2013 | JMS | B110 | A103 | Prepare response to objection to motion for extension | 325.00 | 3.00 | 975.00 |
| | JMS | B110 | A106 | Emails to David and Allen re; questions for response to objection to motion for extension | 325.00 | 0.50 | 162.50 |
| | JMS | B110 | A104 | Prepare email to David and Allen re: information needed in order to reply to Kerry's Objection to motion to extend exclusivity. | 325.00 | 0.20 | 65.00 |
| 12/07/2013 | JMS | B110 | A107 | Emails to Jon Bodner re; status of adversary proceeding. | 325.00 | 0.20 | 65.00 |
| 12/10/2013 | JMS | B110 | A109 | Appear for/attend hearing in connection with motion for extension. | 325.00 | 1.50 | 487.50 |
| | JMS | B110 | A106 | Email to Allen re: result of hearing. | 325.00 | 0.20 | 65.00 |

| Date | | | | Description | Rate | Hours | |
|---|---|---|---|---|---|---|---|
| 12/13/2013 | JMS | B110 | A104 | Email to Paul Schwartzberg re: US Truste fee payment | 325.00 | 0.10 | 32.50 |
| 12/16/2013 | JMS | B110 | A104 | Prepare notice of adjournment of case conference. | 325.00 | 0.20 | 65.00 |
| 12/30/2013 | JMS | B190 | A103 | Email to client and David Wims about email from counsel for the Trust saying that they will seek to be relieved as counsel | 325.00 | 0.20 | 65.00 |
| 01/22/2014 | JMS | B110 | A104 | Review objection to motion of defendant in adversary proceeding for leave to withdraw as counsel | 325.00 | 0.30 | 97.50 |
| 01/27/2014 | JMS | B110 | A107 | Email to David re: status of motion to withdraw as counsel in adversary proceeding. | 325.00 | 0.20 | 65.00 |
| 02/07/2014 | JMS | B110 | A101 | Plan and prepare for filing of operating report for December, 2013. | 325.00 | 0.30 | 97.50 |
| 02/08/2014 | JMS | B110 | A106 | email to allen regarding hearing on Tuesday | 325.00 | 0.20 | 65.00 |
| 03/09/2014 | JMS | B110 | A101 | Plan and prepare for filing of January, 2014 report | 325.00 | 0.30 | 97.50 |
| 03/25/2014 | JMS | B110 | A103 | Prepare motion to extend exclusive time to file plan | 325.00 | 2.00 | 650.00 |
| | JMS | B110 | A101 | Plan and prepare for filing operating report for February | 325.00 | 0.20 | 65.00 |
| 04/08/2014 | JMS | B110 | A108 | Telephone call to Lorraine re: status of stage presence litigation regarding counsel for Geneve. | 325.00 | 0.20 | 65.00 |
| | JMS | B110 | A107 | Prepare email to counsel for all parties in adversary regarding question court had. | 325.00 | 0.20 | 65.00 |
| 04/09/2014 | JMS | B160 | A109 | Appear for/attend hearing on conference and motion for extension | 325.00 | 1.00 | 325.00 |
| | JMS | B190 | A103 | Prepare email to Judge Gropper regarding submission of an Order From April 9, 2014 Hearing Regarding RMF's Motion to Withdraw as Counsel. | 325.00 | 0.30 | 97.50 |
| 04/21/2014 | JMS | B110 | A101 | Plan and prepare for filing operating report for March, 2014 | 325.00 | 0.30 | 97.50 |
| 05/05/2014 | JMS | B190 | A103 | Email to David Wims re: my participation in conference call with arbitrator. | 325.00 | 0.20 | 65.00 |
| 05/07/2014 | JMS | B190 | A103 | Prepare email to Arbitrator re: contact information for Ronald Bartholomew. | 325.00 | 0.20 | 65.00 |
| 05/21/2014 | JMS | B110 | A109 | Appear for/attend status conference. | 325.00 | 1.00 | 325.00 |
| 05/27/2014 | JMS | B110 | A106 | Email to David Wims to advise him of the need to resolve the adversary proceeding based upon Judge Gropper's comments at status conference. | 325.00 | 0.20 | 65.00 |
| 05/28/2014 | JMS | B110 | A103 | Email to Paul Schwartberg and Allen re: amount of quarterly fees owed. | 325.00 | 0.30 | 97.50 |

Stage Presence Incorporated
12-10525-mew    Doc 134-1    Filed 10/05/15    Entered 10/05/15 20:21:52    Exhibit A
Pg 5 of 9

|            |     |      |      |                                                                                      | Rate   | Hours |         |
|------------|-----|------|------|--------------------------------------------------------------------------------------|--------|-------|---------|
| 05/29/2014 | JMS | B190 | A104 | Review letter to arbitrator                                                          | 325.00 | 0.50  | 162.50  |
|            | JMS | B110 | A101 | Plan and prepare for filing of April, 2014 Operating Report                          | 325.00 | 0.30  | 97.50   |
| 06/02/2014 | JMS | B190 | A104 | Review of emails re: arbitration                                                     | 325.00 | 0.20  | 65.00   |
| 06/04/2014 | JMS | B110 | A103 | Review financial data sent by Allen to show payments were not disbursements.         | 325.00 | 0.20  | 65.00   |
| 07/21/2014 | JMS | B110 | A103 | Prepare status report for Judge Gropper.                                             | 325.00 | 3.00  | 975.00  |
|            | JMS | B110 | A103 | Prepare motion to extend time to confirm plan.                                       | 325.00 | 3.00  | 975.00  |
|            | JMS | B110 | A101 | Plan and prepare for filing operating reports.                                       | 325.00 | 0.30  | 97.50   |
| 07/31/2014 | JMS | B110 | A103 | Prepare emails to Allen and Paul Schwartzberg re: us trustee fees.                   | 325.00 | 0.20  | 65.00   |
| 08/04/2014 | JMS | B110 | A103 | Prepare and file notice of adjournment and email to Paul.                            | 325.00 | 0.20  | 65.00   |
| 08/05/2014 | JMS | B110 | A101 | Plan and prepare for filing of amended operating reports for March, April, May and June, 2014 | 325.00 | 0.50  | 162.50  |
| 08/08/2014 | JMS | B110 | A103 | Email to Allen re: question about operating reports.                                 | 325.00 | 0.20  | 65.00   |
| 08/11/2014 | JMS | B110 | A103 | Email to Allen re: question about operating reports and payments included therein.   | 325.00 | 0.20  | 65.00   |
| 09/02/2014 | JMS | B110 | A103 | Email to Paul Schwartzberg re: answer to question about operating report.            | 325.00 | 0.20  | 65.00   |
| 09/08/2014 | JMS | B110 | A103 | Email to Allen about August reports and file same.                                   | 325.00 | 0.30  | 97.50   |
| 09/09/2014 | JMS | B110 | A103 | Email to Paul about status of arbitration.                                           | 325.00 | 0.20  | 65.00   |
| 09/12/2014 | JMS | B110 | A106 | Telephone call with Allan re: need for 105 stay.                                     | 325.00 | 0.20  | 65.00   |
| 09/15/2014 | JMS | B110 | A103 | Emails to Allen re: amount of claims and review of claims register and schedles.     | 325.00 | 0.20  | 65.00   |
| 09/17/2014 | JMS | B110 | A103 | Email to Paul Schwartzberg re: status of arbitration.                                | 325.00 | 0.20  | 65.00   |
| 10/08/2014 | JMS | B110 | A106 | Phone call with Allen and David to discuss status of case and arbitration decision.  | 325.00 | 0.30  | 97.50   |
| 11/05/2014 | JMS | B110 | A103 | Prepare Notice of Adjourment                                                         | 325.00 | 0.30  | 97.50   |
| 11/13/2014 | JMS | B110 | A107 | Email to Kerry Connolly re: outcome of arbitration.                                  | 325.00 | 0.20  | 65.00   |
| 11/15/2014 | JMS | B110 | A103 | Prepare motion to further extend time to confirm plan.                               | 325.00 | 2.00  | 650.00  |
|            | JMS | B110 | A107 | Email to Allen and David to see if they had any comments to motion for extension.    | 325.00 | 0.20  | 65.00   |
| 11/16/2014 | JMS | B310 | A107 | Review claims for purposes of prepaing omnibus objection.                            | 325.00 | 1.00  | 325.00  |
| 11/17/2014 | JMS | B110 | A103 | Prepare omnibus objection to claims.                                                 | 325.00 | 4.00  | 1,300.00|

| Date | Tkpr | Task | Act | Description | Rate | Hours | Amount |
|---|---|---|---|---|---:|---:|---:|
| | JMS | B110 | A107 | Emails to Allen and David to discuss issues with claims objection | 325.00 | 0.30 | 97.50 |
| 11/24/2014 | JMS | B110 | A101 | Plan and prepare for filing of October, 2014 report. | 325.00 | 0.30 | 97.50 |
| | JMS | B110 | A101 | Email to Paul re: October, 2014 report. | 325.00 | 0.20 | 65.00 |
| 12/02/2014 | JMS | B110 | A109 | Appear for/attend hearing in connection with motion for extension. | 325.00 | 2.00 | 650.00 |
| 12/03/2014 | JMS | B110 | A103 | Prepare email submitting order extending time to Judge Gropper. | 325.00 | 0.20 | 65.00 |
| 12/22/2014 | JMS | B190 | A103 | Review and revise order to show cause on motion to enforce award | 325.00 | 3.00 | 975.00 |
| 12/23/2014 | JMS | B310 | A109 | Appear for/attend hearing in connection with motion to expunge claims | 325.00 | 2.00 | 650.00 |
| 12/26/2014 | JMS | B110 | A103 | Prepare proposed order granting claims objection and email same to Judge Gropper. | 325.00 | 0.50 | 162.50 |
| | JMS | B110 | A103 | Email claims objection order to Judge Gropper. | 325.00 | 0.20 | 65.00 |
| 01/08/2015 | JMS | B110 | A106 | Email to Alan re: need to file operating reports. | 325.00 | 0.20 | 65.00 |
| 01/15/2015 | JMS | B110 | A106 | Emails to Allan and David re: service on Bartholomew | 325.00 | 0.30 | 97.50 |
| | JMS | B110 | A101 | Plan and prepare for filing operating report. | 325.00 | 0.30 | 97.50 |
| 01/16/2015 | JMS | B190 | A108 | Email to Bartholomew. | 325.00 | 0.20 | 65.00 |
| 01/19/2015 | JMS | B110 | A103 | Prepare email to R. Bartholomew to respond to this voice message. | 325.00 | 0.20 | 65.00 |
| | JMS | B110 | A108 | Email operating report for November, 2014 to Paul | 325.00 | 0.20 | 65.00 |
| | JMS | B190 | A108 | Emails to David and Allen re: contacting Bartholomew and service issue | 325.00 | 0.30 | 97.50 |
| 01/27/2015 | JMS | B110 | A108 | Emails to parties re: status. | 325.00 | 0.20 | 65.00 |
| 02/10/2015 | JMS | B110 | A108 | Email to parties to advise that conference has been adjourned. | 325.00 | 0.20 | 65.00 |
| 02/24/2015 | JMS | B110 | A107 | Telepohone call to David Wims re: status | 325.00 | 0.20 | 65.00 |
| 03/04/2015 | JMS | B110 | A108 | Email to parties on status. | 325.00 | 0.30 | 97.50 |
| 03/05/2015 | JMS | B110 | A103 | Prepare email to Paul re: status of case. | 325.00 | 0.20 | 65.00 |
| | JMS | B110 | A101 | Plan and prepare for filing of operating report for January | 325.00 | 0.20 | 65.00 |
| 03/11/2015 | JMS | B110 | A103 | Review and revise motion for extension of time to file plan | 325.00 | 3.00 | 975.00 |
| 03/12/2015 | JMS | B110 | A103 | Review and revise motion for extension of time to file plan | 325.00 | 1.00 | 325.00 |
| 03/24/2015 | JMS | B110 | A103 | Email to Paul re: operating reports | 325.00 | 0.20 | 65.00 |
| 03/25/2015 | JMS | B190 | A103 | Email to David to find out status of state court action on | | | |

| Date | Tkpr | Task | Act | Description | Rate | Hours | Amount |
|---|---|---|---|---|---:|---:|---:|
| | | | | enforcement of judgment | 325.00 | 0.20 | 65.00 |
| 03/26/2015 | JMS | B110 | A107 | Telephone calll to Paul re: operating report for Feb | 325.00 | 0.20 | 65.00 |
| | JMS | B190 | A103 | Emails to Allen re: status. | 325.00 | 0.30 | 97.50 |
| 03/27/2015 | JMS | B110 | A103 | Review of operating reports after discussions with US Trustee. | 325.00 | 1.00 | 325.00 |
| | JMS | B110 | A106 | Telephone call to Allen Re: reports | 325.00 | 0.30 | 97.50 |
| 04/01/2015 | JMS | B110 | A109 | Appear for/attend hearing on motion to extend time to file plan | 325.00 | 1.50 | 487.50 |
| | JMS | B110 | A103 | Email to Judge Wiles to submitt order extending time to confirm plan. | 325.00 | 0.20 | 65.00 |
| 04/21/2015 | JMS | B110 | A103 | Prepare and file operating report. | 325.00 | 0.30 | 97.50 |
| 04/30/2015 | JMS | B110 | A103 | Telephone call with Paul Schwartzberg re: 2014 tax return and quarterly fees. | 325.00 | 0.30 | 97.50 |
| | JMS | B110 | A103 | Telephone call with Allan re: 2014 tax return and quarterly fees. | 325.00 | 0.20 | 65.00 |
| | JMS | B110 | A103 | Email 2014 tax return to Paul. | 325.00 | 0.20 | 65.00 |
| | JMS | B110 | A103 | Emails to Paul and Allen re: amount of disbursements and US Trustee fee calculation. | 325.00 | 0.80 | 260.00 |
| 05/01/2015 | JMS | B110 | A103 | Further emails to Paul and Allen re: quarterly fee issue. | 325.00 | 0.40 | 130.00 |
| 05/04/2015 | JMS | B110 | A106 | Telephone call to Alan re: quarterly fee issue. | 325.00 | 0.20 | 65.00 |
| | JMS | B110 | A103 | Prepare amended certification of disbursements. | 325.00 | 0.40 | 130.00 |
| 05/06/2015 | JMS | B110 | A109 | Appear for/attend conference | 325.00 | 1.00 | 325.00 |
| 06/16/2015 | JMS | B320 | A103 | Prepare motion to extend time to confirm plan. | 325.00 | 3.20 | 1,040.00 |
| | JMS | B110 | A103 | Prepare motion for 2004 order | 325.00 | 2.00 | 650.00 |
| | JMS | B110 | A103 | Emails to David and Allen re: questions on 2004 motion. | 325.00 | 0.70 | 227.50 |
| 06/18/2015 | JMS | B110 | A103 | Prepare motion for Rule 2004 Exam | 325.00 | 5.00 | 1,625.00 |
| | JMS | B110 | A103 | Email re: 2004 app to Allen and others for their review. | 325.00 | 0.30 | 97.50 |
| 06/20/2015 | JMS | B110 | A103 | Prepare 2004 order and schedules to subppoenas. | 325.00 | 3.00 | 975.00 |
| 06/22/2015 | JMS | B110 | A103 | Review, revise and process rule 2004 application | 325.00 | 4.00 | 1,300.00 |
| | JMS | B110 | A103 | Emails to client and others regarding Rule 2004 Order motiopn. | 325.00 | 1.20 | 390.00 |
| 07/09/2015 | JMS | B190 | A109 | Appear for/attend hearing in connection with motion fo rRule 2004 hearing. | 325.00 | 2.00 | 650.00 |
| 07/15/2015 | JMS | B190 | A103 | Prepare revised rule 2004 Order and email to parties. | 325.00 | 0.30 | 97.50 |
| 08/04/2015 | JMS | B190 | A107 | Telephone call to law firm in Scottsdale re: potential retention to assist in rule 2004 service | 325.00 | 0.20 | 65.00 |
| | JMS | B190 | A107 | Email to law firm in California re: potential retention to assist in rule 2004 service | 325.00 | 0.20 | 65.00 |

| Date | Atty | Task | Act | Description | Rate | Hours | Amount |
|---|---|---|---|---|---:|---:|---:|
| 08/06/2015 | JMS | B190 | A103 | Telephone calls to local counsel in California and Arizona for enforcement of Rule 2004 order. | 325.00 | 0.40 | 130.00 |
|  | JMS | B190 | A103 | Emails to to local counsel in California and Arizona for enforcement of Rule 2004 order. | 325.00 | 0.40 | 130.00 |
| 08/12/2015 | JMS | B160 | A103 | Prepare retention affidavit for local California counsel. | 325.00 | 0.30 | 97.50 |
| 08/17/2015 | JMS | B110 | A103 | email to Alen re: quarterly fees | 325.00 | 0.20 | 65.00 |
| 08/24/2015 | JMS | B190 | A106 | Conference call with Allen, David, Matt re: collection actions by Connelly | 325.00 | 0.40 | 130.00 |
| 09/18/2015 | JMS | B190 | A102 | Prepare revised schedules to subpoena and email to Allen, Matt and David for their review. | 325.00 | 1.00 | 325.00 |
|  |  |  |  | For Current Services Rendered |  | 120.80 | 39,260.00 |

### Expenses

| Date | | Task | Act | Description | Amount |
|---|---|---|---|---|---:|
| 12/24/2012 |  | B110 | E108 | Postage | 22.00 |
| 04/16/2013 |  | B110 | E108 | Postage | 9.60 |
| 07/21/2014 |  | B110 | E108 | Postage | 26.46 |
| 06/16/2015 |  | B110 | E108 | Postage | 29.44 |
|  |  |  |  | Postage | 87.50 |
|  |  |  |  | Total Expenses | 87.50 |

### Advances

| Date | | Task | Act | Description | Amount |
|---|---|---|---|---|---:|
| 02/14/2012 |  | B110 | E112 | Filing Fee | 1,046.00 |
|  |  |  |  | Filing fee | 1,046.00 |
| 04/17/2012 |  | B110 | E106 | Online research | 8.02 |
| 08/31/2012 |  | B110 | E106 | Online research | 7.50 |
| 10/31/2012 |  | B110 | E106 | pacer | 3.30 |
| 12/31/2012 |  | B110 | E106 | Pacer | 8.90 |
| 01/31/2013 |  | B110 | E106 | Pacer | 2.86 |
| 08/31/2013 |  | B110 | E106 | Online research | 6.50 |
| 11/16/2014 |  | B110 | E106 | Pacer | 12.60 |
| 03/27/2015 |  | B110 | E106 | Online research | 4.40 |
| 06/22/2015 |  | B110 | E106 | Online research | 2.00 |
|  |  |  |  | Online legal research. | 56.08 |
|  |  |  |  | Total Advances | 1,102.08 |
|  |  |  |  | Total Current Work | 40,449.58 |
|  |  |  |  | Balance Due | $40,449.58 |

## Task Code Recapitulation

|      |                                                               |      Fees | Expenses |
|------|---------------------------------------------------------------|----------:|---------:|
| B110 | Case Administration                                           |  26520.00 |  1189.58 |
| B160 | Fee/Employment Applications                                   |    682.50 |     0.00 |
| B190 | Other Contested Matters (excluding assumption/rejection motions) | 6890.00 |  0.00 |
| B100 | Administration                                                | 34,092.50 | 1,189.58 |
|      |                                                               |           |          |
| B300 | Claims and Plan                                               |    650.00 |     0.00 |
| B310 | Claims Administration and Objections                          |   1202.50 |     0.00 |
| B320 | Plan and Disclosure Statement (including Business Plan)       |   3315.00 |     0.00 |
| B300 | Claims and Plan                                               |  5,167.50 |     0.00 |